UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AGAR TRUCK SALES, INC.,

        Plaintiff(s),

  -against-

DAIMLER TRUCKS NORTH AMERICA, LLC and
DETROIT DIESEL CORPORATION,

        Defendant(s).
-------------------------------------------------------------X

Case No. 13 CV 5471

AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                                  S.S.:
COUNTY OF NEW CASTLE)

        DENORRIS BRITT, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 6th day of August, 2013, at approximately 3:45 PM, deponent served a true copy of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Rule 7.1 Statement, Individual Practices of Magistrate Judge George A. Yanthis, Individual Practices of Judge Nelson S. Roman and Electronic Case Filing Rules & Instructions upon DETROIT DIESEL CORPORATION c/o The Corporation Trust Company at 1209 Orange Street, Wilmington, Delaware, by personally delivering and leaving the same with Melanie McGrath, Process Agent, who informed deponent that she is an agent authorized by appointment to receive service at that address.

        Melanie McGrath is a white female, approximately 35 years of age, stands approximately 5 feet 6 inches tall, and weighs approximately 130 pounds with brown hair.

_____
DENORRIS BRITT

Sworn to before me this
6th day of August, 2013

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 4, 2014

_____
NOTARY PUBLIC

Metro Attorney Service Inc. 305 Broadway 9th Floor New York New York 10007 212.822.1421 NYC DCA #1320502