UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AGAR TRUCK SALES, INC.,

        Plaintiff,

  -against-

DAIMLER TRUCKS NORTH AMERICA LLC
and DETROIT DIESEL CORPORATION,

        Defendants.
------------------------------------------------------------X

Index No. 13 CV 5471

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                            S.S.:
COUNTY OF NEW YORK)

        OTIS OSBORNE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 7th day of August, 2013, at approximately 10:46 AM, deponent served a true copy of the Summons in a Civil Action, Complaint With Jury Demand, Rule 7.1 Statement, Civil Cover Sheet, Individual Practices of Magistrate Judge George A. Yanthis, Individual Practices in Civil Cases of Nelson S. Román, United States District Judge and Electronic Case Filing Rules & Instructions upon Daimler Trucks North America LLC c/o CT Corporation Systems at 111 Eighth Avenue, New York, New York, by personally delivering and leaving the same with Aixa Flores, Process Specialist, who informed deponent that she is an agent authorized by appointment to receive service at that address.

        Aixa Flores is a Hispanic female, approximately 45 years of age, stands approximately 5 feet 3 inches tall, weighs approximately 125 pounds with brown hair and glasses.

_____
OTIS OSBORNE #870139

Sworn to before me this
8th day of August, 2013

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2014