Robert A. Scher
Adam G. Pence
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Tel: (212) 682-7474
Fax: (212) 687-2329

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------

AGAR TRUCK SALES, INC.,            :
                                   :
    Plaintiff,                    :
                                   :      Case No. 13-cv-05471 (NSR)(GAY)
v.                                 :
                                   :
DAIMLER TRUCKS NORTH AMERICA,      :      **NOTICE OF APPEARANCE**
LLC, and                           :
DETROIT DIESEL CORPORATION,        :
                                   :
    Defendants.                   :
------------------------------------------------------------------

    PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel for Defendants Daimler Trucks North America, LLC and Detroit Diesel Corporation in the above-captioned matter.

    Please adjust your records accordingly and direct all future correspondence to the address listed below:

Robert A. Scher
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Tel.: (212) 682-7474
Fax: (212) 687-2329
Email: rscher@foley.com

Dated:  New York, New York
        August 26, 2013

          FOLEY & LARDNER LLP

BY    */s/ Robert A. Scher*
    Robert A. Scher
    90 Park Avenue
    New York, New York  10016
    Telephone: (212) 682-7474
    Facsimile: (212) 687-2329
    Email: rscher@foley.com

*Attorneys for Defendants Daimler Trucks North America, LLC and Detroit Diesel Corporation*