Robert A. Scher
Adam G. Pence
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY  10016
Tel: (212) 682-7474
Fax: (212) 687-2329

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AGAR TRUCK SALES, INC., :
:
    Plaintiff, :
:
v. : Case No. 13-cv-05471 (NSR)(GAY)
:
DAIMLER TRUCKS NORTH AMERICA, :  **NOTICE OF APPEARANCE**
LLC, and :
DETROIT DIESEL CORPORATION, :
:
    Defendants. :

---

    PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel for Defendants Daimler Trucks North America, LLC and Detroit Diesel Corporation in the above-captioned matter.

    Please adjust your records accordingly and direct all future correspondence to the address listed below:

Adam G. Pence
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Tel.: (212) 682-7474
Fax: (212) 687-2329
Email: apence@foley.com

Dated: New York, New York
August 26, 2013

FOLEY & LARDNER LLP

BY   /s/ Adam G. Pence
Adam G. Pence
90 Park Avenue
New York, New York  10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
Email: apence@foley.com

*Attorneys for Defendants Daimler Trucks North America, LLC and Detroit Diesel Corporation*