Robert A. Scher
Adam G. Pence
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY  10016
Tel: (212) 682-7474
Fax: (212) 687-2329

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

AGAR TRUCK SALES, INC.,

    Plaintiff,

v.

DAIMLER TRUCKS NORTH AMERICA, LLC, and
DETROIT DIESEL CORPORATION,

    Defendants.

------------------------------------------------------------

Case No. 13-cv-05471 (NSR)(GAY)

**RULE 7.1 STATEMENT**

    Daimler Trucks North America, LLC ("DTNA") and Detroit Diesel Corporation ("DDC") submit the following statement of their corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, for the use of the Judges of this Court:

    1.    DDC is a wholly-owned subsidiary of DTNA, whose sole member, Daimler North America Corporation, is a wholly-owned owned subsidiary of Daimler AG.  Daimler AG is a publicly-traded company.

Dated: New York, New York
August 26, 2013

        FOLEY & LARDNER LLP

BY    <u>/s/ Robert A. Scher</u>
      Robert A. Scher
      90 Park Avenue
      New York, New York  10016
      Telephone: (212) 682-7474
      Facsimile: (212) 687-2329
      Email: rscher@foley.com

*Attorneys for Defendants Daimler Trucks North America, LLC and Detroit Diesel Corporation*