UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AGAR TRUCK SALES, INC.,

    Plaintiff,

v.

DAIMLER TRUCKS NORTH AMERICA, LLC, and
DETROIT DIESEL CORPORATION,

    Defendants.

---

Case No. 13-cv-05471 (NSR)(GAY)

[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Roberta F. Howell, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of Wisconsin; and that her contact information is as follows:

    Applicant's Name: Roberta F. Howell
    Firm Name: Foley & Lardner LLP
    Address: 150 East Gilman Street
    City/State/Zip: Madison, WI 53703
    Telephone: (608) 257-5035
    Fax: (608) 258-4258
    Email: rhowell@foley.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants Daimler Trucks North America LLC and Detroit Diesel Corporation in the above-entitled action;

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2013
```

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned cases in the United States District Court for the Southern District of New York. All attorneys before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys.

SO ORDERED.

9/10/13

HONORABLE NELSON S. ROMAN, U.S.D.J.

Dated: Sept. 10, 2013
White Plains, NY