Robert A. Scher
Roberta F. Howell
Adam G. Pence
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY  10016
Tel: (212) 682-7474
Fax: (212) 687-2329

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| AGAR TRUCK SALES, INC., | |
| Plaintiff, | |
| v. | Case No. 13-cv-05471 (NSR)(GAY) |
| DAIMLER TRUCKS NORTH AMERICA, LLC, and | **NOTICE OF APPEARANCE** |
| DETROIT DIESEL CORPORATION, | |
| Defendants. | |

---

PLEASE TAKE NOTICE that the undersigned hereby enters her appearance as counsel for Defendants Daimler Trucks North America, LLC and Detroit Diesel Corporation in the above-captioned matter.

Please adjust your records accordingly and direct all future correspondence to the address listed below:

Roberta F. Howell
FOLEY & LARDNER LLP
150 East Gilman Street
Post Office Box 1497
Madison, WI 53703-1497
Tel.: (608) 257-5035
Fax: (608) 258-4258
Email: rhowell@foley.com

Dated: New York, New York
September 13, 2013

FOLEY & LARDNER LLP

BY  */s/ Roberta F. Howell*
Roberta F. Howell
FOLEY & LARDNER LLP
150 East Gilman Street
Post Office Box 1497
Madison, WI 53703-1497
Tel.: (608) 257-5035
Fax: (608) 258-4258
Email: rhowell@foley.com

*Attorneys for Defendants Daimler Trucks North America, LLC and Detroit Diesel Corporation*

2

4835-6182-5301.1