

# ∎FOLEY
**FOLEY & LARDNER LLP**

# MEMO ENDORSED

ATTORNEYS AT LAW

90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
212.338.3575

CLIENT/MATTER NUMBER
015382-0281

September 26, 2013

**The application is** ___✓granted.
___ denied.

_____ 9/27/13

**Nelson S. Román, U.S.D.J.**
**Dated:** Sept. 27, 2013
**White Plains, New York 10601**

The Intial Pre-trial/Pre-motion
Conference is rescheduled until
Nov. 15, 2013 at 11:00am.

**Via Facsimile**

Honorable Nelson S. Román
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
T: (914) 390-4177
F: (914) 390-4179

Re:     Agar Truck Sales, Inc. v. Daimler Trucks North America, LLC
        and Detroit Diesel Corporation, Case No. 13-CV-05471-NSR

Dear Judge Román:

        We represent Defendants Daimler Trucks North America, LLC ("DTNA") and
Detroit Diesel Corporation ("DDC" and, collectively, "Defendants") in connection with the above-
referenced civil matter.  Pursuant to your Individual Practice Rules, we are writing to request an
adjournment of the initial conference and pre-motion conference, both currently scheduled for
October 3, 2013 at 12:30 p.m.  Counsel for Defendants has a scheduling conflict.

        Counsel for Agar Truck Sales, Inc. has consented to this requested adjournment.  The
parties have conferred and offer, respectfully, the following three alternative dates: October 31 (after
12:00), November 1 (all day), and November 15 (all day).

        There have been no other requests for extension or adjournment in this action.

                                    Respectfully,

                                    Adam G. Pence

AGP:agp

cc:     Russell P. McRory (via Fax and E-mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/27/2013

BOSTON          JACKSONVILLE      MILWAUKEE       SAN DIEGO          SILICON VALLEY
BRUSSELS        LOS ANGELES       NEW YORK        SAN DIEGO/DEL MAR  TALLAHASSEE
CHICAGO         MADISON           ORLANDO         SAN FRANCISCO      TAMPA
DETROIT         MIAMI             SACRAMENTO      SHANGHAI           TOKYO
                                                                     WASHINGTON, D.C.