**▪FOLEY**
FOLEY & LARDNER LLP

ATTORNEYS AT LAW
90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
212.338.3575

CLIENT/MATTER NUMBER
015382-0281

# MEMO ENDORSED

November 13, 2013

<u>Via Facsimile</u>

Honorable Nelson S. Román
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
T: (914) 390-4177
F: (914) 390-4179

Re: <u>Agar Truck Sales, Inc. v. Daimler Trucks North America, LLC and Detroit Diesel Corporation</u>, Case No. 13-CV-05471-NSR

Dear Judge Román:

We represent Defendants Daimler Trucks North America, LLC ("DTNA") and Detroit Diesel Corporation ("DDC" and, collectively, "Defendants") in connection with the above-referenced civil matter. Currently, an initial conference and pre-motion conference is scheduled for Friday, November 15, 2013 at 11:00 a.m.

I will be attending this conference in person, but we are writing to request that Roberta Howell, my co-counsel, be allowed to appear by phone. She will be available at the following number: 608-334-0241.

Thank you for this courtesy.

Respectfully,

Adam G. Pence

**The application is  X granted.**
**___ denied.**

Nelson S. Román, U.S.D.J.
Dated: Nov. 14, 2013
White Plains, New York 10601

Ms. Howell is permitted to appear via telephone. The Court will call her when the conference is ready.

AGP:agp

cc: Russell P. McRory (via E-mail)
Roberta F. Howell (via E-mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2013

4838-7561-3206.1

BOSTON  JACKSONVILLE  MILWAUKEE  SAN DIEGO  SILICON VALLEY
BRUSSELS  LOS ANGELES  NEW YORK  SAN DIEGO/DEL MAR  TALLAHASSEE
CHICAGO  MADISON  ORLANDO  SAN FRANCISCO  TAMPA
DETROIT  MIAMI  SACRAMENTO  SHANGHAI  TOKYO
           WASHINGTON, D.C.