UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
                                                                    Rev. Jan. 2012
-------------------------------------------------------------x

Agar Truck Sales, Inc.,

                                    Plaintiff(s),          **CIVIL CASE DISCOVERY PLAN
                                                           AND SCHEDULING ORDER**

           - against -

Daimler Trucks North America, LLC
and                                 Defendant(s).     13_____ CV 05471_____ (NSR)
Detroit Diesel Corporation,

-------------------------------------------------------------x

        This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with
counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

   1.     All parties [consent] [do not consent] to conducting all further proceedings before
          a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c).
          The parties are free to withhold consent without adverse substantive consequences.
          (If all parties consent, the remaining paragraphs of this form need not be
          completed.)

   2.     This case [is] [is not] to be tried to a jury.

   3.     Joinder of additional parties must be accomplished by
          N/A_____.

   4.     Amended pleadings may be filed until N/A January 13, 2014.

   5.     Interrogatories shall be served no later than ~~30 days after SJ decision~~ January 31, 2014, and responses
          thereto shall be served within thirty (30) days thereafter. The provisions of Local
          Civil Rule 33.3 [shall] [shall not] apply to this case.

   6.     First request for production of documents, if any, shall be served no later than
          ~~30 days after SJ decision~~ January 31, 2014.

   7.     Non-expert depositions shall be completed by ~~90 days after SJ decision~~ April 15, 2014.

          a.    Unless counsel agree otherwise or the Court so orders, depositions shall not
                be held until all parties have responded to any first requests for production
                of documents.

          b.    Depositions shall proceed concurrently.

          c.    Whenever possible, unless counsel agree otherwise or the Court so orders,



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/2013

non-party depositions shall follow party depositions.

8.   Any further interrogatories, including expert interrogatories, shall be served no later than ~~90 days after SJ decision~~ April 15, 2014

9.   Requests to Admit, if any, shall be served no later than ~~90 days after SJ decision~~ April 15, 2014

10.  Expert reports shall be served no later than ~~120 days after SJ decision~~ June 16, 2014.

11.  Rebuttal expert reports shall be served no later than ~~180 days after SJ decision~~ July 16, 2014.

12.  Expert depositions shall be completed by ~~180 days after SJ decision~~ August 29, 2014.

13.  Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14.  **ALL DISCOVERY SHALL BE COMPLETED BY** ~~180 days after SJ decision~~ September 15, 2014.

15.  Any motions shall be filed in accordance with the Court's Individual Practices.

16.  This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17.  The Magistrate Judge assigned to this case is the Hon. George A. Yanthis

18.  If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19.  The next case management conference is scheduled for Sept. 18, 2014, at 10:30am. (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: White Plains, New York
       Nov. 15, 2013

                                                                        11/15/13

                                              Nelson S. Román, U.S. District Judge