UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AGAR TRUCK SALES, INC.,

          Plaintiff,

    v.

DAIMLER TRUCKS NORTH
AMERICA LLC and DETROIT DIESEL
CORPORATION,

          Defendants.

Case No.: 13-CV-5471 (NSR)

## [PROPOSED] REVISED SCHEDULING ORDER

In accordance with the request of plaintiff Agar Truck Sales, Inc. ("Agar"), and upon the consent of defendants Daimler Trucks North America LLC and Detroit Diesel Corporation ("DDC"), the return date for DDC's motion to dismiss is adjourned until February 3, 2014; answering papers by plaintiff Agar shall be served on or before January 20, 2014; and any reply papers by DDC shall be served on or before February 3, 2014. All motion documents shall be electronically filed on the reply date, February 3, 2014, and two (2) copies of all documents shall be provided to Chambers as they are served.

It is this __9th__ day of January, 2014, by the United States District Court for the Southern District of New York

**ORDERED** that the above shall be, and the same hereby is, **GRANTED**.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/2014

SO ORDERED:

_____ 1/9/2014
United States District Court Judge
Nelson S. Román

{00656823.DOC:1 }